IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:12cv67

| | | |
|---|---|---|
| PENNY ELMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| AUTO OWNERS INSURANCE CO. | ) | |
| and WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Stay Proceedings [Doc. 6].

Plaintiff's counsel advises that the insurance policy which is at issue in this case contains a provision requiring the parties to engage in an appraisal process. Counsel further advises that in a recent decision, the North Carolina Court of Appeals held that participation in the appraisal process is a condition precedent to filing suit. Patel v. Scottsdale Ins. Co., __ N.C. App. __, 728 S.E.2d 394 (2012). Counsel for the Defendants agree. As a result, the Court will stay this matter pending completion of the appraisal process.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Stay Proceedings [Doc. 6] is hereby **GRANTED** and this matter is hereby **STAYED** pending completion of the appraisal process.

**IT IS FURTHER ORDERED** that on or before thirty (30) days from completion of the appraisal process, the Plaintiff shall file notice thereof in this action.

Signed: October 19, 2012

Martin Reidinger
United States District Judge